# Lugenbuhl

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
601 POYDRAS STREET | SUITE 2775 | NEW ORLEANS, LA 70130
TEL: 504.568.1990 | FAX: 504.310.9195

David Sharpe
dsharpe@lawla.com

May 17, 2023

**FILED VIA ECF**

Honorable Lyle W. Cayce
Clerk of Court
U.S. Court of Appeals – Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

>  Re: **A&T Maritime Logistics v. RLI Insurance**
> 5th Cir. No. 23-30078
> Our File: 37670-230558

Dear Sir:

This letter is to inform the Court that I will be taking over as appeal counsel for Appellee, RLI Insurance Company, in place of Alan Ezkovich. I have already filed my Notice of Form of Appearance.

Also, further to my call with your office today, RLI Insurance hereby requests a 21-day, Level 1 extension of time to file its appellee's brief. The current deadline is June 7, 2023. We request this extension to June 28, 2023, because new appeal counsel was just appointed, and we need a reasonable amount of time to review the record and to prepare the brief. Both appellants consent to this extension.

Please advise if any other information is needed.

Very truly yours,

David B. Sharpe

DBS/ppb