# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-30078   A & T Maritime Logistics v. RLI Ins
                   USDC No. 2:21-CV-476

The court has granted the motion for an extension of time to and including June 28, 2023 for filing appellee's brief in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

Mr. Craig W. Brewer
Mr. Alan David Ezkovich
Mr. Michael Wayne Maldonado
Mr. Harry E. Morse
Mr. Corey Patrick Parenton
Mr. Seth Andrew Schmeeckle
Mr. David Boies Sharpe