Case: 23-30078    Document: 43-1    Page: 1    Date Filed: 05/26/2023

NO. 23-30078

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ROBERT M. CHAMPAGNE, III; ET AL,
PLAINTIFFS

v.

A & T MARITIME LOGISTICS INCORPORATED, IN PERSONAM; ALEXIS
MARINE, L.L.C., IN PERSONAM,
DEFENDANTS - APPELLANTS

v.

RLI INSURANCE COMPANY,
THIRD-PARTY DEFENDANT – APPELLEE

ON APPEAL FROM A JUDGMENT OF
THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF LOUISIANA,
CIVIL ACTION NO. 2:21-CV-476

**RECORD EXCERPTS OF APPELLANT, ALEXIS MARINE, L.L.C.**

1

SUBMITTED BY:

**STAINES, EPPLING & KENNEY**

*/s/ Michael W. Maldonado*
**CRAIG W. BREWER** (#23665)
**JASON R. KENNEY** (#29933)
**COREY P. PARENTON** (#32918)
**JAMES A. CROUCH** (#35729)
**MICHAEL W. MALDONADO** (#39266)
3500 N. Causeway Blvd. Ste. 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Counsel for Defendant-Appellant, Alexis Marine, LLC*

# TABLE OF CONTENTS

## A. REQUIRED CONTENTS

**Tab No.**

1. District Court Docket Sheet for
   Civil Action 2:21-cv-00476.....................................ROA.1-ROA.22

2. Notice of Appeal dated February 2, 2018.............................ROA.1671

3. Order and Reasons of District Court
   dated January 4, 2023.....................................ROA.1662-ROA.1666

4. Judgment of District Court Dismissing All
   Claims against RLI Insurance Company
   dated January 6, 2023..........................................ROA.1667

## B. OPTIONAL CONTENTS

5. Declaration of Tayhika Manuel...........................ROA.1265-ROA.1266

6. Affidavit of Tayhika Manuel.............................ROA.1267-ROA.1268

7. Bareboat Charter Agreement
   for M/V UNCLE BLUE..................................ROA.1269-ROA.1273

8. Bareboat Charter Agreement
   for M/V UNCLE JOHN.................................ROA.1274-ROA.1278

9. Order and Reasons of District Court
   Dated October 11, 2022..................................ROA.1526-ROA.1537

10. Relevant portions of RLI Insurance Policy
    issued to A&T Maritime Logistics, Inc................ROA.1582-ROA.1586,
                                                         ROA.1589-ROA.1591,
                                                         ROA.1600, ROA.1602

Case: 23-30078   Document: 43-1   Page: 3   Date Filed: 05/26/2023

Respectfully Submitted,

**STAINES, EPPLING & KENNEY**

*/s/ Michael W. Maldonado*
**CRAIG W. BREWER** (#23665)
**JASON R. KENNEY** (#29933)
**COREY P. PARENTON** (#32918)
**JAMES A. CROUCH** (#35729)
**MICHAEL W. MALDONADO** (#39266)
3500 N. Causeway Blvd. Ste. 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Counsel for Defendant-Appellant, Alexis Marine, LLC*

## CERTIFICATE OF SERVICE

The undersigned counsel does hereby certify that the foregoing record excerpts have been served upon this Honorable Court, Mr. Alan Ezkovich, counsel for RLI Insurance Company, and Mr. Harry Morse, counsel for A&T Maritime Logistics, Inc., through the ECF system pursuant to Fifth Circuit Rules 25.2, and 25.2.5.

*/s/ Michael W. Maldonado*
*Counsel for Defendant-Appellant, Alexis Marine, LLC*

This 26th day of May, 2023

4

# TAB 1

# U.S. District Court
## Eastern District of Louisiana (New Orleans)
## CIVIL DOCKET FOR CASE #: 2:21-cv-00476-JCZ-JVM

Champagne et al v. Uncle John M/V et al
Assigned to: Judge Jay C. Zainey
Referred to: Magistrate Judge Janis van Meerveld
Case in other court:  USCA, Fifth Circuit, 23-30078
Cause: 28:1333 Admiralty

Date Filed: 03/08/2021
Date Terminated: 01/06/2023
Jury Demand: None
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

**Plaintiff**

**Robert M. Champagne, III**
*TERMINATED: 01/04/2022*

represented by **Robert S. Stassi**
Carver, Darden, Koretzky, Tessier, Finn,
Blossman & Areaux
Energy Centre
1100 Poydras Street
Suite 3100
New Orleans, LA 70163
(504) 585-3800
Fax: 504-585-3801
Email: stassi@carverdarden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J Brien**
McDowell Hetherington LLP
Energy Centre
1001 Fannin Street
Ste 2400
Houston, TX 77002
713-337-5580
Fax: 713-337-8850
Email: andrew.brien@mhllp.com
*ATTORNEY TO BE NOTICED*

**Seth E. Bagwell**
Breazeale, Sachse & Wilson
Energy Centre
301 Main Street, 23rd Floor
Baton Rouge, LA 70801
225-381-8036
Fax: 225-381-8029
Email: seth.bagwell@bswllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth G. Champagne**
*TERMINATED: 01/04/2022*

represented by **Robert S. Stassi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew J Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seth E. Bagwell**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Uncle John M/V**
*Official No. 545297, her engines,*
*machinery, tackle, appurtenances,*
*furniture, apparel, etc. in rem*

represented by **Craig Wren Brewer**
Staines & Eppling (Metairie)
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
504-838-0019
Email: cwb@seklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
Staines & Eppling (Metairie)
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
504-838-0019
Email: corey@seklaw.com
*ATTORNEY TO BE NOTICED*

**Michael Wayne Maldonado**
Staines, Eppling & Kenney, LLC
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
504-570-6617
Fax: 504-838-0043
Email: michael@seklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**A & T Maritime Logistics Inc.**
*in personam*

represented by **Harry E. Morse**
Bohman Morse LLC
LA
400 Poydras Ste 2050
New Orleans, LA 70130
504-930-4030

Email: harry@bohmanmorse.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin S. Bohman**
Bohman Morse, LLC
400 Poydras Street
Suite 2050
New Orleans, LA 70130
504-930-4022
Fax: 888-217-2744
Email: martin@bohmanmorse.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexis Marine, L.L.C.**            represented by   **Craig Wren Brewer**
*in personam*                                        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Corey Patrick Parenton**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James A. Crouch , Jr**
                                                     Staines & Eppling (Metairie)
                                                     3500 N. Causeway Blvd.
                                                     Suite 820
                                                     Metairie, LA 70002
                                                     504-838-0019
                                                     Email: james@seklaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jason R. Kenney**
                                                     Staines & Eppling (Metairie)
                                                     3500 N. Causeway Blvd.
                                                     Suite 820
                                                     Metairie, LA 70002
                                                     504-838-0019
                                                     Email: jason@seklaw.com
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Wayne Maldonado**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Alexis Marine, L.L.C.**            represented by   **Craig Wren Brewer**
*in personam*                                        (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Crouch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason R. Kenney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Wayne Maldonado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Uncle John M/V**                    represented by   **Craig Wren Brewer**
*Official No. 545297, her engines,*                    (See above for address)
*machinery, tackle, appurtenances,*                    *LEAD ATTORNEY*
*furniture, apparel, etc. in rem*                      *ATTORNEY TO BE NOTICED*

                                                       **Michael Wayne Maldonado**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**RLI Insurance Company**             represented by   **Alan David Ezkovich**
                                                       Ezkovich & Co.
                                                       650 Poydras St.
                                                       Suite 1220
                                                       New Orleans, LA 70130
                                                       504-593-9899
                                                       Email: alan.ezkovich@ezkovichlaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Dorothy L. Tarver**
                                                       Ezkovich & Co., LLC
                                                       650 Poydras Street
                                                       Ste 1220
                                                       New Orleans, LA 70130
                                                       504-593-9899
                                                       Fax: 504-285-2879
                                                       Email: dorothy.tarver@ezkovichlaw.com
                                                       *ATTORNEY TO BE NOTICED*

**Cross Claimant**

                                      represented by

Case: 23-30078    Document: 43-1    Page: 10    Date Filed: 05/26/2023

**Alexis Marine, L.L.C.**
*in personam*

**Craig Wren Brewer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Crouch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason R. Kenney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Wayne Maldonado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Uncle John M/V**
*Official No. 545297, her engines,*
*machinery, tackle, appurtenances,*
*furniture, apparel, etc. in rem*

represented by **Craig Wren Brewer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**A & T Maritime Logistics Inc.**
*in personam*

represented by **Harry E. Morse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin S. Bohman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Alexis Marine, L.L.C.**
*in personam*

represented by **Craig Wren Brewer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Crouch , Jr**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jason R. Kenney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Wayne Maldonado**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Uncle John M/V**                                represented by   **Craig Wren Brewer**
*Official No. 545297, her engines,*                              (See above for address)
*machinery, tackle, appurtenances,*                              *LEAD ATTORNEY*
*furniture, apparel, etc. in rem*                                *ATTORNEY TO BE NOTICED*

V.

<u>**Counter Defendant**</u>

**Elizabeth G. Champagne**                        represented by   **Robert S. Stassi**
*r.doc. 44*                                                       (See above for address)
*TERMINATED: 06/15/2021*                                         *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Andrew J Brien**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Seth E. Bagwell**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

<u>**Counter Defendant**</u>

**Robert M. Champagne, III**                      represented by   **Robert S. Stassi**
*r.doc. 44*                                                       (See above for address)
*TERMINATED: 06/15/2021*                                         *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Andrew J Brien**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Seth E. Bagwell**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

<u>**Cross Claimant**</u>

**A & T Maritime Logistics Inc.**                 represented by   **Harry E. Morse**
*in personam*                                                    (See above for address)
                                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Martin S. Bohman**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**RLI Insurance Company**                    represented by    **Alan David Ezkovich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorothy L. Tarver**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**RLI Insurance Company**                    represented by    **Alan David Ezkovich**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dorothy L. Tarver**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Alexis Marine, L.L.C.**                    represented by    **Craig Wren Brewer**
*in personam*                                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. Crouch , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason R. Kenney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Wayne Maldonado**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Uncle John M/V**                    represented by     **Craig Wren Brewer**
*Official No. 545297, her engines,*                    (See above for address)
*machinery, tackle, appurtenances,*                    *LEAD ATTORNEY*
*furniture, apparel, etc. in rem*                      *ATTORNEY TO BE NOTICED*

                                                       **Michael Wayne Maldonado**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**RLI Insurance Company**             represented by     **Alan David Ezkovich**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Dorothy L. Tarver**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**A & T Maritime Logistics Inc.**     represented by     **Harry E. Morse**
*in personam*                                          (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Martin S. Bohman**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Alexis Marine, L.L.C.**             represented by     **Craig Wren Brewer**
*in personam*                                          (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Corey Patrick Parenton**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James A. Crouch , Jr**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jason R. Kenney**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

Michael Wayne Maldonado
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

Tayhika J. Manuel

**Third Party Defendant**

Andrea J. Manuel

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2021 | 1 (p.23) | COMPLAINT against All Defendants (Filing fee $ 402 receipt number ALAEDC-8766105) filed by Robert M. Champagne, III, Elizabeth G. Champagne. (Attachments: # 1 (p.23) Verification to Complaint, # 2 (p.35) Civil Cover Sheet, # 3 Summons to A & T MARITIME LOGISTICS INC., # 4 (p.40) Summons to ALEXIS MARINE LLC)Attorney Robert S. Stassi added to party Elizabeth G. Champagne(pty:pla), Attorney Robert S. Stassi added to party Robert M. Champagne, III(pty:pla).(Stassi, Robert) (Attachment 3 replaced on 3/8/2021) (ajn). (Attachment 4 replaced on 3/8/2021) (3cc: USM - Complaint) (ajn). (Entered: 03/08/2021) |
| 03/08/2021 | 2 (p.35) | EXPARTE/CONSENT MOTION for Issuance of Warrant of Arrest in rem by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order FOR ISSUANCE OF WARRANT OF ARREST OF VESSEL)(Stassi, Robert) (3cc: USM) (ajn). (Entered: 03/08/2021) |
| 03/08/2021 | 3 | Initial Case Assignment to Judge Jay C. Zainey and Magistrate Judge Janis van Meerveld. (go) (Entered: 03/08/2021) |
| 03/08/2021 | 4 (p.40) | EXPARTE/CONSENT MOTION to Appoint/Substitute Custodian by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Exhibit A - Declaration, # 2 (p.35) Proposed Order)(Stassi, Robert) (3cc: USM)(ajn). (Entered: 03/08/2021) |
| 03/08/2021 | 5 (p.51) | ***FILED IN ERROR-CORRECTED AT R.DOC.6 PER CHAMBERS*** EXPARTE/CONSENT MOTION to Permit Movement of Vessel by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order to Permit Movement of Vessel)(Stassi, Robert) Modified on 3/8/2021 (ajn). (Entered: 03/08/2021) |
| 03/08/2021 | 6 (p.57) | EXPARTE/CONSENT MOTION to Permit Movement of Vessel by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order to Permit Movement of Vessel)(Stassi, Robert) (3cc: USM) (ajn). (Entered: 03/08/2021) |
| 03/08/2021 | 7 (p.63) | ORDER Granting 2 (p.35) Motion for Issuance of Warrant in rem. Signed by Judge Eldon E. Fallon on 3/8/2021. (3cc: USM) (ajn) (Entered: 03/08/2021) |
| 03/08/2021 | 8 (p.65) | ORDER Granting 4 (p.40) Motion to Appoint/Substitute Custodian. Signed by Judge Eldon E. Fallon on 3/8/2021. (3cc: USM) (ajn) (Entered: 03/08/2021) |

| 03/08/2021 | 9 (p.68) | ORDER Granting 6 (p.57) Motion to Permit Movement and Repairs of Vessel. Signed by Judge Eldon E. Fallon on 3/8/2021. (ajn) (3cc: USM)(ajn). (Entered: 03/08/2021) |
|---|---|---|
| 03/08/2021 | 10 (p.70) | Summons Issued as to A & T Maritime Logistics Inc., Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Summons)(ajn) (Entered: 03/08/2021) |
| 03/08/2021 | 11 (p.74) | ***VACATED PER ORDER AT R.DOC. 109*** WARRANT of Arrest of Vessel issued. (3cc: USM) (ajn) Modified on 11/26/2021 (ajn). (Entered: 03/08/2021) |
| 03/10/2021 | 12 (p.75) | SUMMONS Returned Executed; A & T Maritime Logistics Inc. served on 3/9/2021, answer due 3/30/2021. (Attachments: # 1 (p.23) Exhibit A)(Brien, Andrew) Modified text on 3/11/2021 (ajn). (Main Document 12 replaced on 3/11/2021) (ajn). (Attachment 1 replaced on 3/11/2021) (ajn). (Entered: 03/10/2021) |
| 03/10/2021 | 13 (p.129) | EXPARTE/CONSENT MOTION To Permit Movement and Repair of Vessel by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Exhibit A, # 2 (p.35) Proposed Order)(Brien, Andrew) Modified text on 3/11/2021 (ajn). (Entered: 03/10/2021) |
| 03/10/2021 | 14 (p.138) | EXPARTE/CONSENT MOTION to Expedite *Consideration of Motion to Permit Movement and Repair of Vessel* by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order)(Brien, Andrew) Modified text on 3/11/2021 (ajn). (Entered: 03/10/2021) |
| 03/11/2021 | 15 (p.142) | ORDER Granting 13 (p.129) Motion to Permit Movement and Repair of Vessel. Signed by Judge Jay C. Zainey on 3/11/2021. (3cc: USM) (ajn) (Entered: 03/11/2021) |
| 03/11/2021 | 16 (p.144) | ORDER Denied as moot 14 (p.138) Motion to Expedite. Signed by Judge Jay C. Zainey on 3/11/2021. (ajn) (Entered: 03/11/2021) |
| 03/11/2021 | 17 | Correction of Docket Entry by Clerk re 12 (p.75) Affidavit of Service. ***Filing attorney selected incorrect event. Correct event is 'Summons Returned Executed. Clerk took corrective action by changing the event. ALSO, the returned Summons must be the main document with the 2nd page completed. Any additional documents should be filed as attachments to the main document.*** (ajn) (Entered: 03/11/2021) |
| 03/11/2021 | 18 (p.145) | Return of Service of Order to Appoint Substitute Custodian served on Sea Sales, LLC on 3/9/2021.(ajn) (Entered: 03/15/2021) |
| 03/18/2021 | 19 (p.146) | EXPARTE/CONSENT MOTION For Order Directing Notice of In Rem Action by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Exhibit A - NVDC Abstract, # 2 (p.35) Exhibit B - Proposed Notice, # 3 Proposed Order Directing Notice of In Rem Action)(Brien, Andrew) (Entered: 03/18/2021) |
| 03/19/2021 | 20 (p.167) | ORDER Granting 19 (p.146) Motion For Order Directing Notice of In Rem Action. Signed by Judge Jay C. Zainey on 3/19/2021. (ajn) (Entered: 03/19/2021) |
| 03/23/2021 | 21 (p.169) | NOTICE by Alexis Marine, L.L.C. *Notice of Interest*. (Brewer, Craig) (Entered: 03/23/2021) |
| 04/01/2021 | 22 (p.171) | EXPARTE/CONSENT MOTION to Enroll as Additional Counsel of Record *Jason R. Kenney and James A. Crouch, Jr.* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Order)(Brewer, Craig) Modified text on 4/2/2021 (ajn). (Entered: 04/01/2021) |

| 04/02/2021 | 23 (p.173) | ANSWER to 1 (p.23) Complaint,, by A & T Maritime Logistics Inc..Attorney Harry E. Morse added to party A & T Maritime Logistics Inc.(pty:dft).(Morse, Harry) (Entered: 04/02/2021) |
|---|---|---|
| 04/05/2021 | 24 (p.177) | NOTICE of Hearing. Scheduling Conference set for 4/26/2021 02:20 PM before case manager by telephone. By Clerk. (jrc) (Entered: 04/05/2021) |
| 04/06/2021 | 25 (p.178) | ORDER Granting 22 (p.171) Motion to Enroll as Additional Counsel of Record, Attorney's Jason R. Kenney and James A. Crouch, Jr. for Alexis Marine, L.L.C. Signed by Judge Jay C. Zainey on 4/5/2021. (ajn) (Entered: 04/06/2021) |
| 04/16/2021 | 26 (p.179) | ANSWER to 1 (p.23) Complaint,, , THIRD PARTY COMPLAINT against RLI Insurance Company, CROSSCLAIM against A & T Maritime Logistics Inc., COUNTERCLAIM against Elizabeth G. Champagne, Robert M. Champagne, III by Alexis Marine, L.L.C., Uncle John M/V.Attorney Craig Wren Brewer added to party Uncle John M/V(pty:dft).(Brewer, Craig) (Entered: 04/16/2021) |
| 04/19/2021 | 27 (p.194) | Request of Summons Issued as to RLI Insurance Company filed by Uncle John M/V, Alexis Marine, L.L.C. re 26 (p.179) Answer to Complaint,, Third Party Complaint,, Crossclaim,, Counterclaim,. (Brewer, Craig) (Entered: 04/19/2021) |
| 04/20/2021 | 28 (p.196) | Summons Issued as to RLI Insurance Company. (ajn) (Entered: 04/20/2021) |
| 04/20/2021 | 29 (p.198) | NOTICE Scheduling Conference reset for 4/30/2021 10:40 AM before case manager by telephone. By Clerk. (jrc) (Entered: 04/20/2021) |
| 04/30/2021 | 30 (p.199) | NOTICE scheduling conference cancelled pending joinder of the parties. By Clerk. (jrc) (Entered: 04/30/2021) |
| 05/04/2021 | 31 (p.200) | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 26 (p.179) Answer to Complaint, Third Party Complaint, Crossclaim, Counterclaim, by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order)(Brien, Andrew) Modified text on 5/5/2021 (ajn). (Entered: 05/04/2021) |
| 05/05/2021 | 32 (p.204) | ORDER granting 31 (p.200) Motion for Extension of Time to Answer. Signed by Judge Jay C. Zainey. (jrc) (Entered: 05/05/2021) |
| 05/14/2021 | 33 (p.205) | EXPARTE/CONSENT MOTION for Extension of Time to Answer re 26 (p.179) Answer to Complaint,, Third Party Complaint,, Crossclaim,, Counterclaim, by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Order)Attorney Alan David Ezkovich added to party RLI Insurance Company(pty:3pd).(Ezkovich, Alan) (Entered: 05/14/2021) |
| 05/17/2021 | 34 (p.208) | ORDER Granting 33 (p.205) Motion for Extension of Time to Answer as to RLI Insurance Company. Answer due 6/4/2021. Signed by Judge Jay C. Zainey on 5/17/2021. (ajn) (Entered: 05/17/2021) |
| 05/25/2021 | 35 (p.209) | MOTION to Dismiss for Failure to State a Claim *in the Counterclaim* by Elizabeth G. Champagne, Robert M. Champagne, III. Motion(s) will be submitted on 6/9/2021. (Attachments: # 1 (p.23) Notice of Submission, # 2 (p.35) Memorandum in Support)(Stassi, Robert) (Entered: 05/25/2021) |
| 05/28/2021 | 36 (p.225) | ANSWER to 26 (p.179) Answer to Complaint,, Third Party Complaint,, Crossclaim,, Counterclaim, , CROSSCLAIM against RLI Insurance Company by A & T Maritime Logistics Inc..(Morse, Harry) (Entered: 05/28/2021) |

| 06/01/2021 | 37 (p.232) | RESPONSE/MEMORANDUM in Opposition filed by Alexis Marine, L.L.C., Uncle John M/V re 35 (p.209) MOTION to Dismiss for Failure to State a Claim *in the Counterclaim* . (Brewer, Craig) (Entered: 06/01/2021) |
|---|---|---|
| 06/02/2021 | 38 (p.242) | NOTICE Scheduling Conference set for 7/2/2021 10:00 AM before case manager by telephone. By Clerk.(jrc) (Entered: 06/02/2021) |
| 06/03/2021 | 39 (p.243) | NOTICE Scheduling Conference reset for 7/9/2021 9:40 AM before case manager by telephone. By Clerk. (jrc) (Entered: 06/03/2021) |
| 06/04/2021 | 40 (p.244) | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum In Support of Motion to Dismiss Counterclaim* by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Pleading, # 2 (p.35) Proposed Order)(Brien, Andrew) (Entered: 06/04/2021) |
| 06/08/2021 | 41 (p.256) | ORDER Granting 40 (p.244) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 6/7/2021. (ajn) (Entered: 06/08/2021) |
| 06/08/2021 | 42 (p.257) | REPLY/MEMORANDUM in Support filed by Elizabeth G. Champagne, Robert M. Champagne, III re 35 (p.209) MOTION to Dismiss for Failure to State a Claim in the Counterclaim. (ajn) (Entered: 06/08/2021) |
| 06/08/2021 | 43 (p.266) | ANSWER to 26 (p.179) Third Party Complaint *of Alexis Marine, LLC and Uncle John M/V*, and COUNTERCLAIM against Alexis Marine, L.L.C., Uncle John M/V by RLI Insurance Company.(Ezkovich, Alan) Modified text on 6/9/2021 (bm). (Entered: 06/08/2021) |
| 06/15/2021 | 44 (p.334) | ORDER AND REASONS: Granting 35 (p.209) Motion to Dismiss Counterclaim as set forth in document. The counter-claim asserted by Alexis Marine, LLC and the M/V UNCLE JOHN and against Plaintiffs/Counter-Defendants, Robert M. Champagne III and Elizabeth G. Champagne, is DISMISSED. Party Counter-Defendants Elizabeth G. Champagne and Robert M. Champagne, III dismissed. Signed by Judge Jay C. Zainey on 6/15/2021. (ajn) (Entered: 06/15/2021) |
| 06/24/2021 | 45 (p.338) | ANSWER to 36 (p.225) Answer to Crossclaim, , COUNTERCLAIM against A & T Maritime Logistics Inc. by RLI Insurance Company.(Ezkovich, Alan) (Entered: 06/24/2021) |
| 06/29/2021 | 46 (p.364) | MOTION for Partial Summary Judgment *regarding reimbursement of defense costs* by A & T Maritime Logistics Inc.. Motion(s) will be submitted on 7/21/2021. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Statement of Contested/Uncontested Facts, # 3 Notice of Submission, # 4 (p.40) Exhibit, # 5 (p.51) Exhibit)(Morse, Harry) (Entered: 06/29/2021) |
| 07/08/2021 | 47 (p.421) | ANSWER 43 (p.266) Counterclaim by Alexis Marine, L.L.C., Uncle John M/V.Attorney Michael Wayne Maldonado added to party Uncle John M/V(pty:3pp).(Maldonado, Michael) Modified text on 7/9/2021 (ajn). (Entered: 07/08/2021) |
| 07/09/2021 | 48 (p.431) | SCHEDULING ORDER: Final Pretrial Conference set for 4/7/2022 10:30 AM before Judge Jay C. Zainey. Bench Trial set for 4/25/2022 10:00 AM before Judge Jay C. Zainey. Signed by Judge Jay C. Zainey. (Attachments: # 1 (p.23) Pretrial Notice Form)(jrc) (Entered: 07/09/2021) |
| 07/09/2021 | 49 (p.442) | EXPARTE/CONSENT MOTION to Continue re 46 (p.364) Motion for Partial Summary Judgment *and Reset Submission date* by RLI Insurance Company. |

| | | |
|---|---|---|
| | | (Attachments: # 1 (p.23) Proposed Order)(Ezkovich, Alan) Modified on 7/12/2021 to link documents (ajn). (Entered: 07/09/2021) |
| 07/13/2021 | 50 (p.445) | ORDER granting 49 (p.442) MOTION to Continue Submission date re: Doc. 46 (p.364) MOTION for Partial Summary Judgment regarding reimbursement of defense costs. Motion(s) will be submitted on 8/4/2021. Signed by Judge Jay C. Zainey on 7/12/21.(jrc) (Entered: 07/13/2021) |
| 07/14/2021 | 51 (p.446) | ANSWER to 45 (p.338) Answer to Crossclaim, Counterclaim by A & T Maritime Logistics Inc..(Morse, Harry) (Entered: 07/14/2021) |
| 07/14/2021 | 52 (p.455) | MOTION for Order of Sale , Motion for Order of Interlocutory Sale of the M/V Uncle John by Elizabeth G. Champagne, Robert M. Champagne, III. Motion(s) will be submitted on 8/4/2021. (Attachments: # 1 (p.23) Notice of Submission, # 2 (p.35) Memorandum in Support, # 3 Exhibit A -Declaration of Champagne, # 4 (p.40) Exhibit B - Affidavit of Stassi, # 5 (p.51) Exhibit C)(Stassi, Robert) Modified text on 7/15/2021 to remove referral (ajn). (Entered: 07/14/2021) |
| 07/15/2021 | 53 | Correction of Docket Entry by Clerk re 52 (p.455) MOTION for Order of Sale, Motion For Order of Interlocutory Sale of the M/V Uncle John. ***Filing attorney incorrectly changed 'N' to 'Y' at the question 'Is this motion to be decided by the Magistrate Judge Y/N?'. This motion will be decided by the District Judge. Clerk took corrective action.*** (ajn) (Entered: 07/15/2021) |
| 07/20/2021 | 54 (p.519) | **DEFICIENT** EXPARTE/CONSENT MOTION for Partial Summary Judgment by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Notice of Submission, # 3 Proposed Order, # 4 (p.40) Exhibit, # 5 (p.51) Exhibit, # 6 (p.57) Exhibit, # 7 (p.63) Exhibit, # 8 (p.65) Exhibit)(Maldonado, Michael) Modified on 7/21/2021 (ajn). (Entered: 07/20/2021) |
| 07/21/2021 | 55 (p.586) | MOTION for Partial Summary Judgment by Alexis Marine, L.L.C.. Motion(s) will be submitted on 8/4/2021. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Statement of Contested/Uncontested Facts, # 3 Exhibit 1, # 4 (p.40) Exhibit 2, # 5 (p.51) Exhibit 3, # 6 (p.57) Exhibit 4, # 7 (p.63) Exhibit 5, # 8 (p.65) Notice of Submission, # 9 (p.68) Proposed Order)(Maldonado, Michael) (Entered: 07/21/2021) |
| 07/23/2021 | 56 (p.657) | Statement of Corporate Disclosure by RLI Insurance Company identifying Corporate Parent RLI Corporation for RLI Insurance Company, RLI Insurance Company, RLI Insurance Company, RLI Insurance Company (Ezkovich, Alan) (Entered: 07/23/2021) |
| 07/23/2021 | 57 (p.659) | Statement of Corporate Disclosure by A & T Maritime Logistics Inc. (Morse, Harry) (Entered: 07/23/2021) |
| 07/27/2021 | 58 (p.660) | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply as to 46 (p.364) MOTION for Partial Summary Judgment *regarding reimbursement of defense costs*, 55 (p.586) MOTION for Partial Summary Judgment by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Order)(Ezkovich, Alan) (Entered: 07/27/2021) |
| 07/27/2021 | 59 (p.663) | RESPONSE/MEMORANDUM in Opposition filed by Alexis Marine, L.L.C. re 52 (p.455) MOTION for Order of Sale Motion For Order of Interlocutory Sale of the M/V Uncle John . (Attachments: # 1 (p.23) Exhibit 1, # 2 (p.35) Exhibit 2, # 3 Exhibit 3)(Maldonado, Michael) (Entered: 07/27/2021) |

| 07/28/2021 | 60 | Correction of Docket Entry by Clerk re 58 (p.660) MOTION for Extension of Time to File Response/Reply as to 46 (p.364) MOTION for Partial Summary Judgment *regarding reimbursement of defense costs*, 55 (p.586) MOTION for Partial Summary Judgment . Document's signature block contains attorney who is not current counsel of record. Either remove the attorney from the signature block from future filings, or move to enroll as additional counsel of record. No further action is necessary. (lw) (Entered: 07/28/2021) |
|---|---|---|
| 07/29/2021 | 61 (p.682) | MOTION Release of M/V UNCLE JOHN or Hearing to Determine Value by Alexis Marine, L.L.C. Motion(s) will be submitted on 8/18/2021. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Notice of Submission, # 3 Proposed Order, # 4 (p.40) Exhibit 1, # 5 (p.51) Exhibit 2, # 6 (p.57) Exhibit 3, # 7 (p.63) Exhibit 4)(Maldonado, Michael) Modified text/submission on 7/30/2021 (bw). (Entered: 07/29/2021) |
| 07/29/2021 | 62 (p.706) | Request/Statement of Oral Argument by Alexis Marine, L.L.C. regarding 61 (p.682) MOTION Release of M/V UNCLE JOHN or hearing to determine value (Maldonado, Michael) (Entered: 07/29/2021) |
| 07/29/2021 | 63 (p.708) | EXPARTE/CONSENT MOTION consolidate hearings [Rec. Docs. 52, 55, 61] and [Rec. Doc. 61] *Hearing Date: 08-18-2021* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Order)(Maldonado, Michael) (Entered: 07/29/2021) |
| 07/29/2021 | 64 (p.712) | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum in Support of Motion for Interlocutory Sale of the M/V UNCLE JOHN* by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Pleading, # 2 (p.35) Proposed Order )(Brien, Andrew) Modified text on 7/30/2021 (bw). (Entered: 07/29/2021) |
| 07/29/2021 | 65 (p.724) | EXPARTE/CONSENT MOTION to Enroll as Counsel of Record *Dorothy L. Tarver* by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Order)(Ezkovich, Alan) Modified on 7/30/2021 (bw). (Entered: 07/29/2021) |
| 07/29/2021 | 66 (p.726) | RESPONSE/MEMORANDUM in Opposition filed by RLI Insurance Company re 46 (p.364) MOTION for Partial Summary Judgment *Regarding Reimbursement of Defense Costs* . (Attachments: # 1 (p.23) Statement of Contested/Uncontested Facts, # 2 (p.35) Affidavit Matthew Campen)(Ezkovich, Alan) Modified text on 7/30/2021 (bw). (Entered: 07/29/2021) |
| 07/29/2021 | 67 (p.761) | RESPONSE/MEMORANDUM in Opposition filed by RLI Insurance Company re 55 (p.586) MOTION for Partial Summary Judgment . (Attachments: # 1 (p.23) Statement of Contested/Uncontested Facts, # 2 (p.35) Affidavit Matthew Campen)(Ezkovich, Alan) (Entered: 07/29/2021) |
| 07/30/2021 | 68 | Correction of Docket Entry by Clerk re 61 (p.682) MOTION Release of M/V UNCLE JOHN or Hearing to Determine Value . Filing attorney should have selected No at the question 'Is this an Exparte/Consent Motion Y/N?'. Clerk took corrective action to set motion for submission on 8/18/2021 before Judge Jay C. Zainey. No further action is necessary. (bw) (Entered: 07/30/2021) |
| 07/30/2021 | 69 (p.774) | RESPONSE/MEMORANDUM in Opposition filed by Elizabeth G. Champagne, Robert M. Champagne, III re 63 (p.708) MOTION consolidate hearings [Rec. Docs. 52, 55, 61] and [Rec. Doc. 61] *Hearing Date: 08-18-2021* . (Brien, Andrew) (Entered: 07/30/2021) |
| 07/30/2021 | | |

| | | |
|---|---|---|
| | **70**<br>(p.777) | ORDER GRANTING 65 (p.724) Motion to Enroll as Additional Counsel of Record. It is ordered that Dorothy L. Tarver be enrolled as additional counsel of record for RLI Insurance Company. Alan D. Ezkovich will remain as designated trial counsel. Signed by Judge Jay C. Zainey on 7/30/2021. (pp) (Entered: 07/30/2021) |
| 07/30/2021 | **71**<br>(p.778) | ORDER GRANTING 58 (p.660) Motion for Extension of Time to File Response/Reply. It is ordered that RLI Insurance Company be, and hereby is, granted through and including 7/29/2021, within which to file its oppositions to the 46 (p.364) Motion for Summary Judgment Against RLI For Reimbursement of Defense Costs and the 55 (p.586) Motion for Partial Summary Judgment. This extension shall not change the submission date of those motions. Signed by Judge Jay C. Zainey on 7/30/2021. (pp) (Entered: 07/30/2021) |
| 07/30/2021 | **72**<br>(p.779) | ORDER granting 64 (p.712) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 07/30/2021. (ko) (Entered: 07/30/2021) |
| 07/30/2021 | **73**<br>(p.780) | REPLY to Response to Motion filed by Elizabeth G. Champagne, Robert M. Champagne, III re 52 (p.455) MOTION for Order of Sale Motion For Order of Interlocutory Sale of the M/V Uncle John. (ko) (Entered: 07/30/2021) |
| 08/02/2021 | **74**<br>(p.789) | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief in Support of Motion to Consolidate Hearing and Submission Date* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Pleading, # 2 (p.35) Proposed Order)(Maldonado, Michael) Modified text on 8/3/2021 (ajn). (Entered: 08/02/2021) |
| 08/02/2021 | **75**<br>(p.795) | ORDER denying 63 (p.708) Motion to Consolidate Hearing and Submission Date. Signed by Judge Jay C. Zainey on 08/02/2021. (ko) (Entered: 08/02/2021) |
| 08/02/2021 | **76**<br>(p.796) | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief in Support of Motion for Partial Summary Judgment* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Order, # 2 (p.35) Proposed Pleading)(Maldonado, Michael) (Entered: 08/02/2021) |
| 08/03/2021 | **77**<br>(p.801) | MOTION to Compel by Elizabeth G. Champagne, Robert M. Champagne, III. Motion(s) referred to Janis van Meerveld. Motion(s) will be submitted on 8/18/2021. (Attachments: # 1 (p.23) Memorandum in Support of Plaintiffs' Motion to Compel, # 2 (p.35) Exhibit Discovery Requests, # 3 Exhibit July 26, 2021 letter, # 4 (p.40) Notice of Submission)(Brien, Andrew) (Entered: 08/03/2021) |
| 08/03/2021 | **78**<br>(p.821) | EXPARTE/CONSENT MOTION for Leave to File *supplemental memo in support of motion for summary judgment* by A & T Maritime Logistics Inc.. (Attachments: # 1 (p.23) Proposed Order, # 2 (p.35) Proposed Pleading)(Morse, Harry) (Entered: 08/03/2021) |
| 08/04/2021 | **79**<br>(p.828) | ORDER Granting 74 (p.789) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 8/3/2021. (ajn) (Entered: 08/04/2021) |
| 08/04/2021 | **80**<br>(p.829) | REPLY/MEMORANDUM in Support filed by Alexis Marine, L.L.C. re 63 (p.708) MOTION to Consolidate Hearing and Submission Date. (ajn) (Entered: 08/04/2021) |
| 08/04/2021 | **81**<br>(p.832) | ORDER Granting 76 (p.796) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 8/3/2021. (ajn) (Entered: 08/04/2021) |
| 08/04/2021 | **82**<br>(p.833) | REPLY/MEMORANDUM in Support filed by Alexis Marine, L.L.C. re 55 (p.586) MOTION for Partial Summary Judgment . (ajn) (Entered: 08/04/2021) |
| 08/04/2021 | | |

| | 83 (p.835) | ORDER Granting 78 (p.821) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 8/4/2021. (ajn) (Entered: 08/04/2021) |
|---|---|---|
| 08/04/2021 | 84 (p.836) | NOTICE regarding oral argument re 61 (p.682) MOTION Release of M/V UNCLE JOHN or Hearing to Determine Value. By Clerk.(jrc) (Entered: 08/04/2021) |
| 08/05/2021 | 85 (p.837) | Supplemental Memorandum filed by A & T Maritime Logistics Inc., in Support of 46 (p.364) MOTION for Partial Summary Judgment Regarding Reimbursement of Defense Costs. (ajn) (Entered: 08/05/2021) |
| 08/10/2021 | 86 (p.842) | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 61 (p.682) MOTION Release of M/V UNCLE JOHN or Hearing to Determine Value . (Attachments: # 1 (p.23) Exhibit A - Declaration of Daniel J. Duplantis, # 2 (p.35) Exhibit B - Marine Package Policy)(Brien, Andrew) (Entered: 08/10/2021) |
| 08/12/2021 | 87 (p.982) | **FILED IN ERROR - SEE CORRECTION AT R.DOC. 88**EXPARTE/CONSENT Joint MOTION to Dismiss *by Plaintiffs and* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Order)(Maldonado, Michael) Modified on 8/12/2021 (ajn). (Entered: 08/12/2021) |
| 08/12/2021 | 88 (p.986) | EXPARTE/CONSENT Joint MOTION to Dismiss *by Plaintiffs and* by Alexis Marine, L.L.C. Motion(s) referred to Janis van Meerveld. (Attachments: # 1 (p.23) Proposed Order)(Maldonado, Michael) Modified on 8/13/2021 to add referral (ajn). (Entered: 08/12/2021) |
| 08/13/2021 | 89 (p.989) | ORDER Granting 88 (p.986) Motion to Dismiss and 77 (p.801) Motion to Compel is hereby dismissed as moot. Signed by Magistrate Judge Janis van Meerveld on 8/13/2021. (ajn) (Entered: 08/13/2021) |
| 08/17/2021 | 90 (p.990) | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief in Support of Motion for Release of the M/V UNCLE JOHN..* by Alexis Marine, L.L.C.. (Attachments: # 1 (p.23) Proposed Order, # 2 (p.35) Proposed Pleading Reply Brief in Support of Motion for Release...)(Maldonado, Michael) (Entered: 08/17/2021) |
| 08/19/2021 | 91 (p.998) | ORDER Granting 90 (p.990) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 8/18/2021. (ajn) (Entered: 08/19/2021) |
| 08/19/2021 | 92 (p.999) | REPLY/MEMORANDUM in Support filed by Alexis Marine, L.L.C. re 61 (p.682) MOTION Release of M/V UNCLE JOHN or Hearing to Determine Value . (ajn) (Entered: 08/19/2021) |
| 08/23/2021 | 93 (p.1004) | ORDER AND REASONS: Denying 46 (p.364) Motion for Summary Judgment for Reimbursement of Defense Costs; 55 (p.586) Motion for Partial Summary Judgment; 52 (p.455) Motion for Interlocutory Sale of the M/V Uncle John and 61 (p.682) Motion for Release of the M/V Uncle John as set forth in document. Signed by Judge Jay C. Zainey on 8/19/2021. (ajn) (Entered: 08/23/2021) |
| 10/13/2021 | 94 (p.1016) | ORDER SCHEDULING SETTLEMENT CONFERENCE: A Settlement Conference in the matter is set for Thursday, 11/18/2021 at 9:00 AM. This conference shall take place VIA VIDEO CONFERENCE before Magistrate Judge Janis van Meerveld. A Zoom for Government link will be circulated to counsel of record via email. Counsel are to share that link with any necessary participating parties. Everyone should join the link about ten minutes ahead of the start time and wait to be admitted by the judge. PLEASE BE PUNCTUAL. The required settlement memoranda, more fully described on Page 2, are due no later than 11:59 PM on Thursday, 11/11/2021. Signed by Magistrate Judge Janis van Meerveld on |

| | | |
|---|---|---|
| | | 10/12/2021.(caa) (Entered: 10/13/2021) |
| 10/25/2021 | 95 (p.1019) | ***FILED IN ERROR - CORRECTED AT DOC.96*** Second MOTION for Order of Sale *Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN* by Elizabeth G. Champagne, Robert M. Champagne, III. Motion(s) will be submitted on 11/10/2021. (Attachments: # 1 (p.23) Memorandum in Support of Second Motion for Interlocutory Sale, # 2 (p.35) Exhibit D - Declaration of Leonard Chauvin, # 3 Exhibit E - Affidavit of Robert S. Stassi)(Brien, Andrew) Modified on 10/25/2021 (ajn). (Entered: 10/25/2021) |
| 10/25/2021 | 96 (p.1045) | Second MOTION for Order of Sale *of Interlocutory Sale of the M/V UNCLE JOHN* by Elizabeth G. Champagne, Robert M. Champagne, III. Motion(s) will be submitted on 11/10/2021. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Exhibit D - Declaration of Leonard Chauvin, # 3 Exhibit E - Affidavit of Robert S. Stassi, # 4 (p.40) Notice of Submission)(Brien, Andrew) Modified texton 10/26/2021 (ajn). (Attachment 2 replaced on 10/26/2021) (ajn). (Entered: 10/25/2021) |
| 10/26/2021 | 97 | Correction of Docket Entry by Clerk re 96 (p.1045) Second MOTION for Order of Sale Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN. **Some images in Exhibit D were filed sideways. Clerk has corrected image. Please adjust scanner for future filings. No further action necessary.** (ajn) (Entered: 10/26/2021) |
| 11/02/2021 | 98 (p.1073) | RESPONSE/MEMORANDUM in Opposition filed by Alexis Marine, L.L.C. re 96 (p.1045) Second MOTION for Order of Sale *Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN* . (Attachments: # 1 (p.23) Affidavit Exhibit A, # 2 (p.35) Exhibit Exhibits A-1 to A-15, # 3 Exhibit Exhibit B)(Maldonado, Michael) (Entered: 11/02/2021) |
| 11/02/2021 | 99 (p.1111) | Request/Statement of Oral Argument re 96 (p.1045) Second MOTION for Order of Sale *Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN Request for Oral Argument* by Alexis Marine, L.L.C. Motion(s) will be submitted on 11/10/2021. (Maldonado, Michael) Modified text on 11/3/2021 (ajn). (Entered: 11/02/2021) |
| 11/03/2021 | 100 | Correction of Docket Entry by Clerk re 99 (p.1111) MOTION for Hearing re 96 (p.1045) Second MOTION for Order of Sale. **Filing attorney selected incorrect event. Correct event is "Request/Statement of Oral Argument". Clerk took corrective action by changing the event.** (ajn) (Entered: 11/03/2021) |
| 11/04/2021 | 101 (p.1113) | RESPONSE/MEMORANDUM in Opposition filed by All Plaintiffs re 99 (p.1111) Request for Oral Argument re 96 (p.1045) Second MOTION for Order of Sale *Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN Request for Oral Argument* . (Stassi, Robert) Modified text on 11/5/2021 (ajn). (Entered: 11/04/2021) |
| 11/05/2021 | 102 (p.1116) | EXPARTE/CONSENT MOTION for Leave to File *Reply in Further Support of Plaintiffs' Second Motion for Interlocutory Sale of the M/V UNCLE JOHN* by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Pleading, # 2 (p.35) Proposed Order)(Brien, Andrew) Modified text on 11/8/2021 (ajn). (Entered: 11/05/2021) |
| 11/05/2021 | 103 (p.1129) | ORDER SETTING ORAL ARGUMENT: IT IS ORDERED that Oral Argument on 96 (p.1045) Second MOTION for Order of Interlocutory Sale is set for Tuesday, 11/30/2021 at 10:30 AM in the Courtroom before Judge Jay C. Zainey. If Plaintiffs intend to seek leave to file a reply memorandum, they must do so by 11/10/2021, after which point no other supplemental memoranda will be allowed. Signed by |

| | | |
|---|---|---|
| | | Judge Jay C. Zainey on 11/4/2021.(ajn) (Entered: 11/05/2021) |
| 11/09/2021 | 104 (p.1130) | ORDER Granting 102 (p.1116) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 11/8/2021. (ajn) (Entered: 11/09/2021) |
| 11/09/2021 | 105 (p.1131) | REPLY/MEMORANDUM in Support filed by Elizabeth G. Champagne, Robert M. Champagne, III re 96 (p.1045) Second MOTION for Interlocutory Sale of the M/V UNCLE JOHN. (ajn) (Entered: 11/09/2021) |
| 11/18/2021 | 106 (p.1141) | ORDER RESETTING ORAL ARGUMENT: IT IS ORDERED that Oral Argument on 96 (p.1045) Second MOTION for Order of Interlocutory Sale is RESET for Tuesday, 12/7/2021 at 10:00 AM in the courtroom before Judge Jay C. Zainey. The objection by the plaintiffs is noted. Signed by Judge Jay C. Zainey on 11/17/2021.(ajn) (Entered: 11/18/2021) |
| 11/18/2021 | 107 (p.1142) | Minute Entry for proceedings held before Magistrate Judge Janis van Meerveld: A Settlement Conference was held on 11/18/2021. Negotiations were successful and resulted in a partial settlement. The settlement of all claims of Plaintiffs, Robert M. Champagne, III and Elizabeth G. Champagne, against all parties were settled. All cross claims among Defendants remain unresolved. The U.S. District Judge's chambers have been notified. (ajn) (Entered: 11/18/2021) |
| 11/24/2021 | 108 (p.1143) | EXPARTE/CONSENT MOTION Vacate the Arrest and to Immediately Release the M/V UNCLE JOHN *by Defendants M/V UNCLE JOHN and Alexis Marine, LLC and by Elizabeth G. Champagne, Robert M. Champagne, III.* (Attachments: # 1 (p.23) Proposed Order Granting Joint Motion to Vacate The Arrest and to Immediately Release the M/V UNCLE JOHN)(Brien, Andrew) (Entered: 11/24/2021) |
| 11/26/2021 | 109 (p.1147) | ORDER Granting 108 (p.1143) Motion Vacate the Arrest and to Immediately Release the M/V UNCLE JOHN. Signed by Judge Jay C. Zainey on 11/24/2021. (3cc: USM) (ajn) (Entered: 11/26/2021) |
| 11/29/2021 | 110 (p.1148) | ORDER that the oral argument set for 12/07/2021 is cancelled. The 96 (p.1045) Second *Motion for Order of Interlocutory Sale of the M/V UNCLE JOHN* is dismissed as moot. Signed by Judge Jay C. Zainey on 11/29/2021.(ko) (Entered: 11/29/2021) |
| 12/02/2021 | 111 (p.1149) | EXPARTE/CONSENT MOTION to Dismiss by Elizabeth G. Champagne, Robert M. Champagne, III. (Attachments: # 1 (p.23) Proposed Order)(Stassi, Robert) (Entered: 12/02/2021) |
| 12/02/2021 | 113 (p.1157) | Return of Service of Order for Release of M/V Uncle John, served on Andrew Brien on 11/24/2021.(ajn) (Entered: 12/03/2021) |
| 12/03/2021 | 112 (p.1152) | EXPARTE/CONSENT MOTION to Withdraw Bohman Morse LLC as Attorney by A & T Maritime Logistics Inc.. (Attachments: # 1 (p.23) Errata Certificate, # 2 (p.35) Proposed Order, # 3 Exhibit)(Morse, Harry) (Entered: 12/03/2021) |
| 12/10/2021 | 114 (p.1160) | ORDER Setting Oral Argument: IT IS ORDERED that Oral Argument on 112 (p.1152) MOTION to Withdraw as Counsel is set for Tuesday, 1/4/2022 at 10:30 AM in the Courtroom before Judge Jay C. Zainey. Attendance is mandatory for the movant attorney and the corporate principal, Mr. Tayhika (TJ) Manual. Signed by Judge Jay C. Zainey on 12/8/2021.(ajn) (Entered: 12/10/2021) |
| 01/04/2022 | 115 | Minute Order. Oral Argument held before Judge Jay C. Zainey on 1/4/2022: IT IS |

| | (p.1161) | ORDERED that Motion to Withdraw Bohman Morse LLC as Counsel, Rec. Doc. 112 (p.1152), is DENIED WITHOUT PREJUDICE for the reasons stated on the record. IT IS FURTHER ORDERED that Motion to Dismiss, Rec. Doc. 111 (p.1149), is GRANTED for the reasons stated on the record. (Court Reporter Toni Tusa.) (dw) (Entered: 01/04/2022) |
|---|---|---|
| 03/04/2022 | 116 (p.1162) | Minute Entry for proceedings held before Judge Jay C. Zainey: The Court held a Telephone Conference on 3/4/2022. Deadlines are set in document. IT IS ORDERED that the Bench Trial scheduled for 4/25/2022 is CANCELLED. IT IS FURTHER ORDERED that the Pretrial Conference scheduled for 4/7/2022 is CANCELLED. (ajn) (Entered: 03/07/2022) |
| 03/17/2022 | 117 (p.1164) | MOTION to Compel by Alexis Marine, L.L.C.. Motion(s) referred to Janis van Meerveld. Motion(s) will be submitted on 4/6/2022. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Notice of Submission, # 3 Exhibit 1, # 4 (p.40) Exhibit 2, # 5 (p.51) Exhibit 3)(Maldonado, Michael) (Entered: 03/17/2022) |
| 03/29/2022 | 118 (p.1187) | RESPONSE/MEMORANDUM in Opposition filed by RLI Insurance Company re 117 (p.1164) MOTION to Compel . (Ezkovich, Alan) (Entered: 03/29/2022) |
| 04/04/2022 | 119 (p.1188) | ORDER Denied as Moot 117 (p.1164) Motion to Compel. Signed by Magistrate Judge Janis van Meerveld on 4/4/2022. (ajn) (Entered: 04/04/2022) |
| 06/07/2022 | 120 (p.1189) | EXPARTE/CONSENT MOTION for Extension of Deadlines by A & T Maritime Logistics Inc.. (Attachments: # 1 (p.23) Proposed Order)(Morse, Harry) (Entered: 06/07/2022) |
| 06/09/2022 | 121 (p.1191) | ORDER Granting 120 (p.1189) Motion for Extension of Deadlines. The submission date for the Cross-Motions for Summary Judgment is extended until 9/14/2022. Signed by Judge Jay C. Zainey on 6/8/2022. (ajn) (Entered: 06/09/2022) |
| 08/18/2022 | 122 (p.1192) | MOTION to Compel by Alexis Marine, L.L.C.. Motion(s) referred to Janis van Meerveld. Motion(s) will be submitted on 9/7/2022. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Exhibit, # 3 Exhibit, # 4 (p.40) Exhibit, # 5 (p.51) Certificate of Conference, # 6 (p.57) Notice of Submission)(Maldonado, Michael) (Entered: 08/18/2022) |
| 08/23/2022 | 123 (p.1211) | **FILED IN ERROR** Notice of Submission by Alexis Marine, L.L.C. Motion(s) will be submitted on 9/14/2022. (Maldonado, Michael) Modified on 8/24/2022 (ajn). (Entered: 08/23/2022) |
| 08/23/2022 | 124 (p.1213) | MOTION for Leave to File *Amend Cross-Claim and Assert Third-Party Demand* by Alexis Marine, L.L.C. Motion(s) will be submitted on 9/14/2022. Motion(s) referred to Janis van Meerveld. (Attachments: # 1 (p.23) Memorandum in Support, # 2 (p.35) Proposed Pleading, # 3 Proposed Order, # 4 (p.40) Notice of Submission)(Maldonado, Michael) Modified text on 8/24/2022 and added referral (ajn). (Entered: 08/23/2022) |
| 08/24/2022 | 125 | Correction of Docket Entry by Clerk re 123 (p.1211) and 124 (p.1213) Motions for Leave to File. **Rec. Doc. 123 was filed as a Motion. The document attached was a Notice of Submission. These are not filed as separate entries, they must be attached to opposed motions. This filing has been marked "FILED IN ERROR". Also, the name of the attorney who electronically filed 124 (p.1213) Motion for Leave to File does not match name of signatory attorney on pleading. The user log-in and password serve as the required signature for purposes of Rule 11 of the FRCP. No further action is necessary.** (ajn) (Entered: 08/24/2022) |

| 08/30/2022 | 126 (p.1230) | MOTION for Summary Judgment by RLI Insurance Company. Motion(s) will be submitted on 9/14/2022. (Attachments: # 1 (p.23) Statement of Contested/Uncontested Facts, # 2 (p.35) Memorandum in Support, # 3 Notice of Submission, # 4 (p.40) Exhibit A - Declaration of T Manuel, # 5 (p.51) Exhibit B - Affidavit of T Manuel, # 6 (p.57) Exhibit C - Deposition of T Manuel, # 7 (p.63) Exhibit C-24 - Deposition of T Manuel, Exh 24, # 8 (p.65) Exhibit D - Declaration of M Campen, # 9 (p.68) Exhibit E - RLI Policy, # 10 (p.70) Exhibit F - Charter of Uncle John, # 11 (p.74) Exhibit G - Charter of Uncle Blue, # 12 (p.75) Exhibit H - Email of March 10 2021)(Ezkovich, Alan) (Entered: 08/30/2022) |
| 08/30/2022 | 127 (p.1357) | RESPONSE/MEMORANDUM in Opposition filed by RLI Insurance Company re 122 (p.1192) MOTION to Compel . (Attachments: # 1 (p.23) Exhibit A - Charter of Uncle John, # 2 (p.35) Exhibit B - Affidavit of T Manuel, # 3 Exhibit C - Deposition of T Manuel, # 4 (p.40) Exhibit D - Charter of Uncle Blue, # 5 (p.51) Exhibit E - RLI Policy)(Ezkovich, Alan) (Entered: 08/30/2022) |
| 09/09/2022 | 128 (p.1444) | RESPONSE/MEMORANDUM in Opposition filed by A & T Maritime Logistics Inc. re 126 (p.1230) MOTION for Summary Judgment . (Attachments: # 1 (p.23) Statement of Contested/Uncontested Facts)(Morse, Harry) (Entered: 09/09/2022) |
| 09/09/2022 | 129 (p.1458) | RESPONSE/MEMORANDUM in Opposition filed by Alexis Marine, L.L.C. re 126 (p.1230) MOTION for Summary Judgment . (Attachments: # 1 (p.23) Exhibit, # 2 (p.35) Statement of Contested/Uncontested Facts)(Maldonado, Michael) (Entered: 09/09/2022) |
| 09/13/2022 | 130 (p.1479) | **DEFICIENT**EXPARTE/CONSENT MOTION for Leave to File *Reply Memoranda* by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Order)(Ezkovich, Alan) Modified on 9/14/2022 (ajn). (Entered: 09/13/2022) |
| 09/13/2022 | 131 (p.1482) | ORDER AND REASONS: Because the discovery request at issue is overbroad and seeks irrelevant information, 122 (p.1192) Motion to Compel is DENIED, provided that RLI will supplement its discovery responses as set forth herein. Signed by Magistrate Judge Janis van Meerveld on 9/13/2022. (ajn) (Entered: 09/13/2022) |
| 09/14/2022 | 132 (p.1488) | ORDER granting 124 (p.1213) Motion for Leave to Amend Cross-Claim and Assert a Third Party Demand. Signed by Magistrate Judge Janis van Meerveld on 9/13/2022. (ajn) (Entered: 09/14/2022) |
| 09/15/2022 | 133 (p.1489) | AMENDED CROSS-CLAIM against A&T Maritime and THIRD PARTY DEMAND against Tayhika J. Manuel, Andrea J. Manuel filed by Alexis Marine, L.L.C. (ajn) (Main Document 133 replaced on 9/15/2022) (ajn). (Entered: 09/15/2022) |
| 09/15/2022 | 134 (p.1494) | Request of Summons Issued as to Andrea J. Manuel, Tayhika J. Manuel filed by Alexis Marine, L.L.C. (in personam) re 133 (p.1489) Third Party Complaint. (Brewer, Craig) Modified on 9/16/2022 (ajn). (Entered: 09/15/2022) |
| 09/16/2022 | 135 | Correction of Docket Entry by Clerk re 134 (p.1494) Request for Summons Issued. *Filing attorney prepared one summons with newly named defendants to be served. Each new defendant requires a separate summons. Clerk took corrective action.** (ajn) (Entered: 09/16/2022) |
| 09/16/2022 | 136 (p.1496) | Summons Issued as to Third Party Defendants Andrea J. Manuel, Tayhika J. Manuel. (Attachments: # 1 (p.23) Summons)(ajn) (Entered: 09/16/2022) |
| 09/16/2022 | | |

| | 137 (p.1500) | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Pleading Reply Memorandum to R. Docs. 128 & 129, # 2 (p.35) Proposed Order)(Ezkovich, Alan) (Entered: 09/16/2022) |
|---|---|---|
| 09/20/2022 | 138 (p.1514) | ORDER granting 137 (p.1500) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 9/19/22. (mmm) (Entered: 09/20/2022) |
| 09/20/2022 | 139 (p.1515) | REPLY to Response to Motion filed by RLI Insurance Company re 126 (p.1230) MOTION for Summary Judgment . (mmm) (Entered: 09/20/2022) |
| 10/11/2022 | 140 (p.1526) | ORDER AND REASONS granting in part and denying in part 126 (p.1230) Motion for Summary Judgment. RLI (or the other parties) may file a new narrower motion for summary judgment on the issue (incorporation of prior briefing by reference will not be allowed) but any such motion(s) must be filed by October 31, 2022. Signed by Judge Jay C. Zainey on 10/11/22. (mmm) (Entered: 10/11/2022) |
| 10/31/2022 | 141 (p.1538) | MOTION for Summary Judgment Regarding Remedy by RLI Insurance Company. Motion(s) will be submitted on 11/23/2022. (Attachments: # 1 (p.23) Notice of Submission, # 2 (p.35) Statement of Contested/Uncontested Facts, # 3 Memorandum in Support, # 4 (p.40) Exhibit 1, Order & Reasons of 10/11/22 [R.Doc.140], # 5 (p.51) Exhibit 2, RLI Policy, # 6 (p.57) Exhibit 3, Excerpt of deposition of TJ Manuel)(Ezkovich, Alan) (Entered: 10/31/2022) |
| 11/15/2022 | 142 (p.1610) | RESPONSE/MEMORANDUM in Opposition filed by Alexis Marine, L.L.C. re 141 (p.1538) MOTION for Summary Judgment Regarding Remedy Rec. Doc. 141. (Attachments: # 1 (p.23) Exhibit Affidavit of Mildred Dampeer, # 2 (p.35) Statement of Contested/Uncontested Facts)(Maldonado, Michael) (Entered: 11/15/2022) |
| 11/16/2022 | 143 (p.1623) | RESPONSE/MEMORANDUM in Opposition filed by A & T Maritime Logistics Inc. re 141 (p.1538) MOTION for Summary Judgment Regarding Remedy . (Attachments: # 1 (p.23) Statement of Contested/Uncontested Facts, # 2 (p.35) Exhibit)(Morse, Harry) (Entered: 11/16/2022) |
| 11/22/2022 | 144 (p.1634) | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum and for Leave to File Reply In Excess of 10 Pages by RLI Insurance Company. (Attachments: # 1 (p.23) Proposed Order, # 2 (p.35) Proposed Pleading Reply Memorandum)(Ezkovich, Alan) (Entered: 11/22/2022) |
| 11/23/2022 | 145 (p.1649) | ORDER granting 144 (p.1634) Motion for Leave to File Reply. Signed by Judge Jay C. Zainey on 11/23/2022. (mmm) (Entered: 11/23/2022) |
| 11/23/2022 | 146 (p.1650) | REPLY to Response to Motion filed by RLI Insurance Company re 141 (p.1538) MOTION for Summary Judgment Regarding Remedy. (mmm) (Entered: 11/23/2022) |
| 01/04/2023 | 147 (p.1662) | ORDER AND REASONS granting 141 (p.1538) Motion for Summary Judgment as set forth in document. Signed by Judge Jay C. Zainey on 1/4/2023. (mmm) (Entered: 01/04/2023) |
| 01/06/2023 | 148 (p.1667) | JUDGMENT entered in favor of RLI Insurance Company against A & T Maritime Logistics Inc., Alexis Marine, L.L.C., Uncle John M/V, Andrea J. Manuel, Tayhika J. Manuel with prejudice. Signed by Judge Jay C. Zainey on 1/6/2023.(mmm) (Entered: 01/06/2023) |

| 02/02/2023 | 149 (p.1668) | NOTICE OF APPEAL by A & T Maritime Logistics Inc. as to 148 (p.1667) Judgment. (Filing fee $ 505, receipt number CLAEDC-9779653.) (Morse, Harry) (Entered: 02/02/2023) |
| --- | --- | --- |
| 02/02/2023 | 150 (p.1669) | **DEFICIENT** APPEAL TRANSCRIPT REQUEST by A & T Maritime Logistics Inc. re 149 (p.1668) Notice of Appeal. (No hearings) (Morse, Harry) Modified on 2/3/2023 (js). (Entered: 02/02/2023) |
| 02/02/2023 | 151 (p.1671) | NOTICE OF APPEAL by Alexis Marine, L.L.C. as to 148 (p.1667) Judgment. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Maldonado, Michael) (Entered: 02/02/2023) |
| 02/02/2023 | 152 (p.1672) | **DEFICIENT** APPEAL TRANSCRIPT REQUEST by Alexis Marine, L.L.C. re 151 (p.1671) Notice of Appeal. (No hearings) (Maldonado, Michael) Modified on 2/3/2023 (js). (Entered: 02/02/2023) |
| 02/03/2023 | 153 (p.1674) | APPEAL TRANSCRIPT REQUEST by A & T Maritime Logistics Inc. re 149 (p.1668) Notice of Appeal. (No hearings) (Morse, Harry) (Entered: 02/03/2023) |
| 02/03/2023 | 154 (p.1675) | APPEAL TRANSCRIPT REQUEST by Alexis Marine, L.L.C. re 151 (p.1671) Notice of Appeal. (No hearings) (Maldonado, Michael) (Entered: 02/03/2023) |
| 02/03/2023 | 155 | USCA Appeal Fee paid as to Alexis Marine, L.L.C. (Filing fee $ 505 receipt number ALAEDC-9782559) re 151 (p.1671) Notice of Appeal filed by Alexis Marine, L.L.C. (Maldonado, Michael) (Entered: 02/03/2023) |
| 02/10/2023 | 156 | USCA Case Number 23-30078 appealed to USCA, Fifth Circuit for 149 (p.1668) Notice of Appeal filed by A & T Maritime Logistics Inc. (jls) (Entered: 02/10/2023) |

Champagne et al v. Uncle John M/V et al (2:21-cv-00476-JCZ-JVM)

**TAB 2**

Case: 23-30078   Document: 43-1   Page: 29   Date Filed: 05/26/2023

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT M. CHAMPAGNE, III and<br>ELIZABETH G. CHAMPAGNE,<br>*Plaintiffs*<br><br>v.<br><br>M/V UNCLE JOHN (Official No. 545297),<br>her engines, machinery, tackle, appurtenances,<br>furniture, apparel, etc., *in rem*;<br>A & T MARITIME LOGISTICS INC.,<br>*in personam*; and ALEXIS<br>MARINE, L.L.C., *in personam*<br>*Defendants* | CIVIL ACTION NO. 2:21—00476<br><br>SECTION "A" – DIVISION "1"<br><br>JUDGE JAY ZAINEY<br><br>MAG. JANIS VAN MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant and Third-Party

Claimant, Alexis Marine, LLC, who files this Notice of Appeal pursuant to Rule 3 of the Federal

Rules of Appellate Procedure, hereby providing notice of its intent to appeal to the United States

Court of Appeals for the Fifth Circuit from this Honorable Court's Judgment dated January 6, 2023

(Rec. Doc. 148).

<table>
<tr>
<td>

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of
February, 2023, I electronically filed the
foregoing with the Clerk of Court by using the
CM/ECF system which will send a notice of
electronic filing to all counsel of record.

*/s/ Michael W. Maldonado*

</td>
<td>

Respectfully submitted,

**STAINES, EPPLING & KENNEY**

*/s/ Michael W. Maldonado*
**CRAIG W. BREWER** (#23665)
**JASON R. KENNEY** (#29933)
**COREY P. PARENTON** (#32918)
**JAMES A. CROUCH** (#35729)
**MICHAEL W. MALDONADO** (#39266)
3500 N. Causeway Blvd. Ste. 820
Metairie, Louisiana 70002
Telephone: (504) 838-0019
Facsimile: (504) 838-0043
*Counsel for Defendant, Alexis Marine, LLC*

</td>
</tr>
</table>

23-30078.1671

**TAB 3**

Case: 23-30078      Document: 43-1      Page: 31      Date Filed: 05/26/2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT M. CHAMPAGNE III, ET AL. | * | CIVIL ACTION NO. 21-476 |
| | * | |
| VERSUS | * | SECTION: "A"(1) |
| | * | |
| M/V UNCLE JOHN, ET AL. | * | JUDGE JAY C. ZAINEY |
| | * | |
| | * | |

## ORDER AND REASONS

The following motion is before the Court: **Motion for Summary Judgment Regarding Remedy (Rec. Doc. 141)** filed by third-party defendant/cross-defendant RLI Insurance Co. Alexis Marine, LLC and A&T Maritime Logistics, LLC oppose the motion. The motion, submitted for consideration on November 23, 2022, is before the Court on the briefs without oral argument.

RLI filed the instant motion for summary judgment at the Court's suggestion following entry of the Order and Reasons (Rec. Doc. 140) that granted in part and denied in part RLI's motion for summary judgment as to insurance coverage.[1] Via that motion RLI sought summary judgment dismissing the third-party demand filed by Alexis Marine and the UNCLE JOHN, dismissing the cross-claim filed by A&T Maritime, and granting RLI's counterclaim against A&T Maritime declaring that RLI has no duties or obligations to A&T Maritime under its policy. A plethora of issues and arguments were raised by the parties in conjunction with that prior motion for summary judgment. Ultimately, the Court found that the UNCLE JOHN was a covered vessel on the date of

---

[1] The Court's prior Order and Reasons provides a complete and detailed factual and procedural background for this case. The Court assumes the reader's familiarity with that Order and Reasons. *Champagne v. M/V UNCLE JOHN*, No. 21-476, 2022 WL 6742007 (E.D. La. Oct. 11, 2022).

1

23-30078.1662

Case: 23-30078      Document: 43-1      Page: 32      Date Filed: 05/26/2023

the allision. (Rec. Doc. 140, Order and Reasons at 9). But the Court also found that

A&T Maritime had breached all of the policy's notice requirements, and that RLI had

demonstrated actual prejudice as a direct result of those breaches. (*Id.* at 10-11). As to

the finding of actual prejudice the Court explained:

> As to prejudice, it hardly strains credulity to see that RLI was prejudiced by A&T Maritime's intentional failure to notify RLI about the allision. Putting aside speculation as to what RLI's post-accident investigation of the damage would have presented in terms of defenses to liability, the original property owner was willing to accept $3500 for the property damage. But that settlement was never consummated and apparently the damage to the dock worsened and the damage from the allision became more expensive to repair. The ultimate settlement amount involving the Champagnes is believed to be around $200,000.00. As RLI legitimately points out, had it been notified of the allision when it occurred, it could have adjusted the loss, and potentially settled the entire matter for the $3500 that Ms. Dampeer was willing to accept. The vessel seizure, which was expensive for both the Champagnes (and therefore surely drove up the amount demanded in settlement) and Alexis Marine, could have been avoided. This entire lawsuit and all of the attorney's fees and costs that both A&T Maritime and Alexis Marine now want RLI to pay could have been avoided. It matters not that RLI has been a party to this case since its inception; by the time that the lawsuit was filed the prejudice was already in place. The Court finds that RLI has established actual prejudice as a direct result of A&T Maritime's breach of the policy's notice requirements.

(Rec. Doc. 140, Order and Reasons at 11).

As to the remedy aspect of RLI's motion, the Court denied relief without

prejudice, and invited RLI (or the other parties) to file a follow-up motion for summary

judgment, narrowly directed at the issue of remedy, which according to RLI should be

complete forfeiture of coverage. (*Id.* at 12). The Court explained as follows:

> The final step in the Court's analysis is the proper remedy for those breaches. RLI naturally seeks to have the Court declare that all coverage for the allision has been voided due to the breaches. If the policy contained language that either expressly or impliedly required such a draconian result then the Court would not hesitate to enforce that language. But RLI has not pointed out where the policy language requires that harsh result. And the Court is not clear on which *binding* authority RLI relies upon to have the

23-30078.1663

Case: 23-30078     Document: 43-1     Page: 33     Date Filed: 05/26/2023

Court void coverage. A strong argument could be made perhaps that even if coverage was not voided altogether it should be limited to $3500 with no reimbursement for attorney's fees or for any of the expenses that were incurred due to the vessel's arrest. At this time the Court is persuaded that summary judgment should be denied without prejudice as to the appropriate remedy for the breaches that occurred and the prejudice sustained. RLI (or the other parties) may file a new narrower motion for summary judgment on the issue (incorporation of prior briefing by reference will not be allowed) but any such motion(s) must be filed by **October 31, 2022**.

(Rec. Doc. 140, Order and Reasons at 11-12) (emphasis in original).

The instant motion by RLI followed. RLI argues that precedent in this circuit demonstrates that the complete denial of coverage, not some lesser remedy, is appropriate under the circumstances.

Although an insurer cannot deny coverage merely because its insured failed to give notice of a loss as soon as practicable, *Peavey Co. v. M/V ANPA*, 971 F.2d 1168, 1172 (5th Cir.1992) (citing *Sandefer Oil & Gas v. AIG Oil Rig of Tex., Inc.*, 846 F.2d 319, 321 (5th Cir. 1988)), coverage may be denied if the insurer shows "actual prejudice" based on the failure to receive notice as stipulated in the policy, *id.* (citing *Sandefer*, 846 F.2d at 321; *Elev. Boats, Inc. v. Gulf Coast Marine, Inc.*, 766 F.2d 195, 198 (5th Cir. 1985); *Champion v. Panel Era Mfg. Co.*, 410 So. 2d 123, 1236 (La. App. 3d Cir.1982)).[2]

In opposition, A&T Maritime and Alexis Marine have attempted to relitigate the Court's finding of actual prejudice, or at the very least stave off summary judgment by

---

[2] RLI's position remains that the warranties in its policy constitute conditions precedent obviating the need to show actual prejudice. (Rec. Doc. 141-3, Memorandum in Support at 5 n.1). The Court remains persuaded that the policy language is not express as to the status of the notice provisions and therefore actual prejudice must be shown.

The parties implicitly agree that Louisiana law applies to the interpretation of this marine insurance policy. *See Elev. Boats*, 766 F.2d at 198-99.

3

23-30078.1664

Case: 23-30078   Document: 43-1   Page: 34   Date Filed: 05/26/2023

suggesting that there are disputed issues of fact as to actual prejudice.[3] The issue of actual prejudice was raised and argued in conjunction with RLI's first motion for summary judgment; the arguments in opposition were considered and rejected. The Court remains persuaded that RLI has demonstrated actual prejudice as a result of A&T Maritime's intentional breach of the policy's notice requirements. Under the caselaw, that prejudice is sufficient to relieve RLI of its coverage obligations under its policy.

The decision in *Peavey, supra,* does not militate in favor of a different conclusion. Although the insurer was not notified until nine months later following the allision in that case, the insured immediately notified its attorney, *who the insurer later retained to represent its own interests*. 971 F.2d at 1171. Because that attorney had taken immediate actions to investigate the allision and to protect the insurer's interests, including hiring experts, the insurer was not prejudiced due to late notice. *Id.* at 1174. The facts of *Peavey* are distinguishable from those in this case.

Alexis Marine now provides an affidavit from Ms. Dampeer in which she claims that she never reached an agreement with Mr. Manuel to settle her claim for $3,500.00. (Rec. Doc. 142-1, Dampeer affidavit). This document is dated after the Court issued its Order and Reasons finding that RLI had established actual prejudice. When RLI filed its coverage motion, neither A&T Maritime nor Alexis Marine questioned or challenged Mr. Manuel's assertion that Ms. Dampeer had agreed to accept $3,500 for the damage caused by the UNCLE JOHN, and neither party provided any controverting statements from her. Importantly, while the affidavit indicates that Ms. Dampeer would not take

---

[3] As the Court has already explained, in this nonjury case a factual dispute does not ipso facto preclude summary judgment. (Rec. Doc. 93, Order and Reasons at 7 n.1).

23-30078.1665

$3,500 for the damage, it does not indicate what she now says she actually would have taken. In other words, nothing about the affidavit casts doubt on the Court's prior finding that this case, which was litigated by the Champagnes (new owners) and not Ms. Dampeer (original owner), cost far more to litigate and satisfy than what RLI could have resolved the case for in 2020 had it been given notice of the allision in accordance with the policy.

In sum, RLI's motion is granted, dismissing the third-party demand filed against it, dismissing the cross-claims filed against it, and granting RLI's counterclaim against A&T Maritime declaring that RLI has no duties or obligations to A&T Maritime or Alexis Marine under its policy.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Summary Judgment Regarding Remedy (Rec. Doc. 141)** filed by third-party defendant/cross-defendant RLI Insurance Co. is **GRANTED**.

January 4, 2023

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

23-30078.1666

Case: 23-30078   Document: 43-1   Page: 35   Date Filed: 05/26/2023

**TAB 4**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT M. CHAMPAGNE III, ET AL. | * | CIVIL ACTION NO. 21-476 |
| | * | |
| VERSUS | * | SECTION: "A"(1) |
| | * | |
| M/V UNCLE JOHN, ET AL. | * | JUDGE JAY C. ZAINEY |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |
| | * | |

**JUDGMENT**

For the reasons assigned;

**IT IS ORDERED** that there be judgment in favor RLI Insurance Co., and against

A & T Maritime Logistics, Inc., Alexis Marine, LLC, the M/V UNCLE JOHN, Tayhika J.

Manuel, and Andrea J. Manuel, dismissing their claims against RLI Insurance Co. with

prejudice.

January 6, 2023

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE