# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 01, 2023

TO COUNSEL LISTED BELOW:

     No. 23-30078    A & T Maritime Logistics v. RLI Ins

Dear Counsel:

This is to advise that the oral argument of this case has been
moved from Wednesday, November 8, 2023, to Monday, November 6,
2023, at 9:00 a.m. in the En Banc Courtroom.

Please acknowledge receipt of this calendar via email to your
courtroom deputy, kim_pollard@ca5.uscourts.gov

                              Very truly yours,
                              LYLE W. CAYCE, Clerk

                              *Kim M. Pollard*

                              By:_____
                              Kim M. Pollard
                              Assistant Calendaring Clerk
                              504-310-7635


Enclosure(s)

Mr. Craig W. Brewer
Mr. Alan David Ezkovich
Mr. Michael Wayne Maldonado
Mr. Harry E. Morse
Mr. Corey Patrick Parenton
Mr. Seth Andrew Schmeeckle
Mr. David Boies Sharpe