# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 06, 2023

Mr. Craig W. Brewer
Staines, Eppling & Kenney, L.L.C.
3500 N. Causeway Boulevard
Suite 820
Metairie, LA 70002

Mr. Alan David Ezkovich
Ezkovich & Company, L.L.C.
650 Poydras Street
Suite 1220
New Orleans, LA 70130-0000

Mr. Michael Wayne Maldonado
Staines, Eppling & Kenney, L.L.C.
3500 N. Causeway Boulevard
Suite 820
Metairie, LA 70002

Mr. Harry E. Morse
Bohman Morse, L.L.C.
400 Poydras Street
Suite 2050
New Orleans, LA 70130

Mr. Corey Patrick Parenton
Staines, Eppling & Kenney, L.L.C.
3500 N. Causeway Boulevard
Suite 820
Metairie, LA 70002

Mr. Seth Andrew Schmeeckle
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street
Pan American Life Center
Suite 2775
New Orleans, LA 70130

Mr. David Boies Sharpe
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street

Pan American Life Center
Suite 2775
New Orleans, LA 70130

    No. 23-30078   A & T Maritime Logistics v. RLI Ins
                  USDC No. 2:21-CV-476

Dear Mr. Brewer, Mr. Ezkovich, Mr. Maldonado, Mr. Morse, Mr. Parenton, Mr. Schmeeckle, and Mr. Sharpe,

Attached is a revised case caption, which should be used on all future filings in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Majella A. Sutton, Deputy Clerk
                        504-310-7680

Case No. 23-30078

Robert M. Champagne, III; et al,

                Plaintiffs

v.

A & T Maritime Logistics Incorporated, in personam,

                Defendant - Appellant

v.

Alexis Marine, L.L.C., in personam,

                Third Party Defendant-Appellant

v.

RLI Insurance Company,

              Third Party Defendant - Appellee