# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 4, 2025
Lyle W. Cayce
Clerk

No. 23-30078

Robert M. Champagne, III; Et al.,

*Plaintiffs,*

versus

A & T Maritime Logistics Incorporated, in personam,

*Defendant—Appellant,*

versus

Alexis Marine, L.L.C., in personam,

*Defendant—Third Party Plaintiff—Appellant,*

versus

RLI Insurance Company,

*Third Party Defendant—Appellee.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-476

---

Before Elrod, *Chief Judge,* and Jones and Barksdale, *Circuit Judges.*

No. 23-30078

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Feb 26, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**